Elizabeth M. Rogers, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. All concurred, except Houghton, J., dissenting.

May E. Rook, Respondent, v. Louis E. Rook, Appellant. — Motion granted, and questions certified as follows: 1. On the facts shown by the record did the Supreme Court obtain jurisdiction to render the judgment in this action, and particularly that part of it directing the payment of alimony by the defendant to the plaintiff ? 2. On the facts shown by the record was the defendant guilty of contempt for not complying with that part of the judgment rendered in this action which directed the payment of alimony by the defendant to the plaintiff.

John F. Ryan, Respondent, v. Gertrude Ryan, Appellant. Julien C. Scott, Appellant.— Interlocutory judgment affirmed, with costs against the corespondent. All concurred, except Sewell and Houghton, JJ., dissenting.

Robert E. Stiles, as Administrator, etc., of John Stiles, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Thomas J. Totten, Appellant, v. Jeanette Collins and Others, Respondents, Impleaded with Harvey R. Collins and Others.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., not voting.

Clarence E. Vaulk, an Infant, by Jacob Howenstein, His Guardian ad Litem, Appellant, v. General Electric Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Warren Wood, Respondent, v. John J. Sullivan, Appellant.— Judgment unanimously affirmed, with costs.

Pearl Wade, Appellant, v. Town of Worcester, Respondent.— Judgment and order unanimously affirmed, with costs.

Joshua J. Warren, Appellant, v. William Warren and Others, Respondents.— Order affirmed, with costs. All concurred, except Smith, P. J., and Houghton, J., dissenting and favor sending matter back to Special Term to determine how five per cent should be divided.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Respondent, v. Edwin Wakeman and Others, as Assessors of the Town of Walton, Delaware County, New York, Appellants.—Motion denied.

The People of the State of New York ex rel. The Erie Railroad Company v. Samuel Bayless and Others, as Assessors of the Town of Kirkwood, County of Broome, State of New York. The People of the State of New York ex rel. The Erie Railroad Company v. Edwin Smith and Others, as Assessors of the Town of Kirkwood, County of Broome, State of New York.— Appellant's motion granted, without costs, and respondent's motion denied, without costs, on condition that appellant is prepared to argue the appeal upon the first day of the March term.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Respondent, v. Edwin Wakeman and Others, as Assessors of the Town of Walton, Delaware County, New York, Appellants. (Proceeding